1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | CAROLYNE A. SANIN (DCBN 499564)
Special Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061

7 | Fax:  (408) 535-5066
E-Mail: carolyne.sanin@usdoj.gov

8 | Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE  DIVISION

12

13 | UNITED STATES OF AMERICA,        )   No. CR-09-00581 RMW
                                     )
14 |        Plaintiff,                )
                                     )   **UNITED STATES' MOTION TO**
15 |    v.                            )   **DISMISS INDICTMENT**
                                     )
16 | ERIC PEREZ-SANCHEZ,              )   ŒÐÖÁJÜÖÒÜ
                                     )
17 |        Defendant.                )
      _____ )

18

19 | With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 | United States Attorney for the Northern District of California hereby moves to dismiss the

21 | Indictment in the above-captioned case without prejudice.

22

23 | Dated: December 12, 2012            Respectfully submitted,

24 |                                     MELINDA HAAG
                                        United States Attorney
25

26 |                                          /s/
                                        _____
                                        CAROLYNE A. SANIN
27 |                                     Special Assistant United States Attorney

28

MOTION TO DISMISS
No. CR-09-00581 RMW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[] ORDER**

Upon motion of the government, the court hereby dismisses the Indictment in case No. CR-09-00581 without prejudice.

Date: F□F□G

*Ronald M. Whyte*

United States District Judge